262 So.2d 396

**STATE of Louisiana ex rel.
Bobby HARRIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52502.**

May 30, 1972.

Writs refused. In view of the written opinion of the trial court after an evidentiary hearing, the ruling is correct. Applicant is not entitled to the relief sought.